UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Case No. 4:20-CR-11 |
| | ) | |
| v. | ) | District Judge Curtis L. Collier |
| | ) | |
| SHAWN THOMAS SIZEMORE | ) | Magistrate Judge Christopher H. Steger |

**O R D E R**

United States Magistrate Judge Christopher H. Steger filed a report and recommendation (Doc. 99) recommending that the Court: (1) grant Defendant's motion to withdraw his not guilty plea to Counts One and Two of the three-count Indictment; (2) accept Defendant's guilty plea to Counts One and Two of the three-count Indictment; (3) adjudicate Defendant guilty of conspiracy to distribute 500 grams or more of a mixture and substance containing methamphetamine, in violation of 21 U.S.C. §§ 841(a)(1), 841(b)(1)(A), and 846; (4) adjudicate Defendant guilty of possession with intent to distribute 50 grams or more of methamphetamine in violation of 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(B); and (5) order Defendant remain in custody pending sentencing or further order of this Court.

After reviewing the record, the Court agrees with Magistrate Judge Steger's report and recommendation. Accordingly, the Court **ACCEPTS** and **ADOPTS** the report and recommendation (Doc. 99) pursuant to 28 U.S.C. § 636(b)(1) and **ORDERS** as follows:

1. Defendant's motion to withdraw his not guilty plea to Counts One and Two of the three-count Indictment is **GRANTED**;

2. Defendant's plea of guilty to Counts One and Two of the three-count Indictment is **ACCEPTED**;

3. Defendant is hereby **ADJUDGED** guilty of conspiracy to distribute 500 grams or more of a mixture and substance containing methamphetamine in violation of 21 U.S.C. §§ 841(a)(1), 841(b)(1)(A), and 846;

4. Defendant is hereby **ADJUDGED** guilty of possession with intent to distribute 50 grams or more of methamphetamine in violation of 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(B);

5. A decision on whether to accept the amended plea agreement is **DEFERRED** until sentencing; and

6. Defendant **SHALL REMAIN** in custody until further order of this Court or sentencing in this matter which is scheduled to take place before the undersigned on **July 21, 2021, at 2:00 p.m.**

**SO ORDERED.**

**ENTER:**

/s/_____
**CURTIS L. COLLIER**
**UNITED STATES DISTRICT JUDGE**